AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| KANDY PITTA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-356-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Judgment on the Pleadings [D.E. 60] is GRANTED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 55] is DENIED, and the Commissioner's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 14, 2012,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


August 14, 2012                                                JULIE A. RICHARDS, Clerk
Date                                                                   Eastern District of North Carolina

                                                                                                 /s/Debby Sawyer
                                                                                                 (By) Deputy Clerk

Raleigh, North Carolina